In the Matter of the Guardianship of DOROTHY ANNAN; MAY EARLE, Appellant; CHARLOTTE S. RICHARDSON, Respondent.

(Argued June 4, 1894; decided June 19, 1894.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 1, 1893, which reversed so much of a decree of the surrogate of Kings county as appointed May Earle guardian of Dorothy Annan, with Charlotte S. Richardson, and directed that letters of guardianship of the person of said infant be issued to the latter.

*Matthew Hale* for appellant.

*William C. De Witt* for respondent.

Agree to dismiss appeal; no opinion.
All concur, except EARL and GRAY, JJ., dissenting.
Appeal dismissed.

---

HENRY W. SAGE et al., Respondents, *v.* SHEPARD AND MORSE LUMBER COMPANY, Appellant.

(Argued June 4, 1894; decided June 19, 1894.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made February 13, 1894, which affirmed an order of Special Term granting a motion for an order of reference and appointing a referee.

*Alpheus T. Bulkeley* for appellant.

*James F. Cooper* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.